UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAXINE PHILLIPS Individually and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) ) vs. ) ) ) REMY INTERNATIONAL, INC., ) JOHN J. PITTAS, ) DOUGLAS K. AMMERMAN, ) KARL G. GLASSMAN, ) LAWRENCE F. HAGENBUCH, ) CHARLES G. MCCLURE, ) ARIK W. RUCHIM, ) GEORGE P. SCANLON, ) J. NORMAN STOUT, ) JOHN H. WEBER, ) ) Defendants. ) | No. 1:15-cv-01343-TWP-TAB |

**ORDER ON MAY 17, 2016, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel May 17, 2016, for a telephonic status conference. Discussion held regarding settlement and related matters. The parties shall file a motion for preliminary approval of settlement by July 1, 2016.

Dated: 5/17/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.