IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAXINE PHILLIPS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REMY INTERNATIONAL, INC., JOHN J. PITTAS, DOUGLAS K. AMMERMAN, KARL G. GLASSMAN, LAWRENCE F. HAGENBUCH, CHARLES G. McCLURE, ARIK W. RUCHIM, GEORGE P. SCANLON, J. NORMAN STOUT, JOHN H. WEBER,<br><br>Defendants. | Civil No. 1:15-cv-01343-TWP-TAB<br><br>**Order Granting Plaintiff's Unopposed Motion for Extension of Time to File Motion for Preliminary Approval of Settlement** |

This comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Motion for Preliminary Approval of Settlement, which motion is on file and part of the Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiff's Motion is GRANTED.

**It is Therefore Ordered, Adjudged, and Decreed** that Plaintiff's Motion for Preliminary Approval of Settlement is now due on or before July 15, 2016.

**So Ordered:**  7/5/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all counsel of record via email generated by the Court's ECF system.