**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JASON GARCIA, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>REMY INTERNATIONAL, INC., JOHN J. PITTAS, DOUGLAS K. AMMERMAN, KARL G. GLASSMAN, LAWRENCE F. HAGENBUCH, CHARLES G. MCCLURE, ARIK W. RUCHIM, GEORGE P. SCANLON, J. NORMAN STOUT, JOHN H. WEBER,<br><br>     Defendants. | Civil No. 1:15-cv-01385-TWP-TAB |
| MAXINE PHILLIPS, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>REMY INTERNATIONAL, INC., JOHN J. PITTAS, DOUGLAS K. AMMERMAN, KARL G. GLASSMAN, LAWRENCE F. HAGENBUCH, CHARLES G. MCCLURE, ARIK W. RUCHIM, GEORGE P. SCANLON, J. NORMAN STOUT, JOHN H. WEBER,<br><br>     Defendants. | Civil No. 1:15-cv-01343-TWP-TAB |
| STEPHEN BUSHANSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v. | Civil No. 1:15-cv-01361-TWP-TAB |

REMY INTERNATIONAL, INC., JOHN J.
PITTAS, DOUGLAS K. AMMERMAN,
KARL G. GLASSMAN, LAWRENCE F.
HAGENBUCH, CHARLES G. MCCLURE,
ARIK W. RUCHIM, GEORGE P. SCANLON,
J. NORMAN STOUT, JOHN H. WEBER,

                Defendants.

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CLASS CERTIFICATION, AND APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

By this motion, Plaintiffs, by and through their undersigned counsel, hereby move for final approval of the Settlement of the above-captioned shareholder actions and for an award of attorneys' fees and expenses. Specifically, Plaintiffs move the Court for entry of the order finally approving the Settlement ("Order and Final Judgment") as set forth in the Stipulation and Agreement of Compromise, Settlement and Release filed on July 19, 2016 ("Stipulation") (ECF No. 18).

This motion is based on the accompanying memorandum of law, the supporting declarations, the Stipulation, and such additional argument as may be required by the Court. Plaintiffs and Plaintiffs' Counsel respectfully submit that the proposed Settlement is in the best interests of the former stockholders of Remy International, Inc. Plaintiffs thus respectfully request the Court finally approve the Settlement and Plaintiffs' Application for Award of Attorneys' Fees and Expenses and enter the Order and Final Judgment.

DATED: October 5, 2016

Respectfully submitted,

By: *William N. Riley*
William N. Riley, Atty. No. 14941-49
James A. Piatt, Atty. No. 28320-49
**RILEY WILLIAMS & PIATT, LLC**
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204

Telephone:   (317) 633-5270
Facsimile:   (317) 426-3348
Email:  wriley@rwp-law.com
           jpiatt@rwp-law.com

*Attorneys for Plaintiffs Garcia and Phillips
and Liaison Counsel*

**OF COUNSEL**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
369 Lexington Ave., Tenth Floor
New York, NY  10017
Tel:    212-983-9330
Fax:    212-983-9331
Email: nfaruqi@faruqilaw.com

*Attorneys for Plaintiff Phillips and Co-Lead
Counsel*

**BRODSKY & SMITH, LLC**
Evan J. Smith
Marc L. Ackerman
Two Bala Plaza, Suite 510
Bala Cynwyd, PA 19004
Tel:    610-667-6200
Fax:    610-667-9029
Email: esmith@brodsky-smith.com
           mackerman@brodsky-smith.com

*Attorneys for Plaintiff Garcia and Co-Lead
Counsel*

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, NY 10036
Tel:    212-682-3025
Email:  racocelli@weisslawllp.com

*Attorneys for Plaintiff Bushansky and Co-Lead
Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 5th day of October, 2016, a copy of the foregoing was served

electronically and notice of service of this document will be sent to all parties by operation of the

Court's electronic filing system to CM/ECF participants registered to receive service in this matter

<div align="center" style="margin-left:40%">

By: <u>*/s/ William N. Riley*</u>
     William N. Riley

</div>