UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON GARCIA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>REMY INTERNATIONAL, INC., JOHN J. PITTAS, DOUGLAS K. AMMERMAN, KARL G. GLASSMAN, LAWRENCE F. HAGENBUCH, CHARLES G. MCCLURE, ARIK W. RUCHIM, GEORGE P. SCANLON, J. NORMAN STOUT, JOHN H. WEBER,<br><br>    Defendants. | Civil No. 1:15-cv-01385-TWP-TAB |
| MAXINE PHILLIPS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>REMY INTERNATIONAL, INC., JOHN J. PITTAS, DOUGLAS K. AMMERMAN, KARL G. GLASSMAN, LAWRENCE F. HAGENBUCH, CHARLES G. MCCLURE, ARIK W. RUCHIM, GEORGE P. SCANLON, J. NORMAN STOUT, JOHN H. WEBER,<br><br>    Defendants. | Civil No. 1:15-cv-01343-TWP-TAB |

ADDITIONAL CAPTION TO FOLLOW

| | |
|---|---|
| STEPHEN BUSHANSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>REMY INTERNATIONAL, INC., JOHN J. PITTAS, DOUGLAS K. AMMERMAN, KARL G. GLASSMAN, LAWRENCE F. HAGENBUCH, CHARLES G. MCCLURE, ARIK W. RUCHIM, GEORGE P. SCANLON, J. NORMAN STOUT, JOHN H. WEBER,<br><br>        Defendants. | Civil No. 1:15-cv-01361-TWP-TAB |

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY ANTHONY A. RICKEY

Michael L. Einterz of the law firm Einterz & Einterz, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Anthony A. Rickey, Esq. of Margrave Law LLC leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Objector Sean J. Griffith in the above-styled causes only.  In support of this motion, the undersigned states:

    1.  The Certification of Anthony A. Rickey, Esq., as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

    2.  Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

    WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Anthony A. Rickey, Esq. leave to appear *pro hac vice* for purposes of this cause only.

| | |
|---|---|
| DATED:   October 13, 2016 | Respectfully submitted, |
| | */s/ Michael L. Einterz* |
| OF COUNSEL: | Michael L. Einterz (11717-49) |
| | Michael L. Einterz, Jr. (27824-49) |
| **MARGRAVE LAW LLC** | EINTERZ & EINTERZ |
| Anthony A. Rickey | 4600 NW Plaza W. Drive |
| 8 West Laurel Street, Suite 2 | Zionsville, IN 46077 |
| Georgetown, Delaware  19947 | Telephone:  (317) 337-2021 |
| Telephone:  (302) 604-5190 | Fax: (317) 337-2022 |
| Fax:  (302) 258-0995 | Email: mike@einterzlaw.com |
| Email: arickey@margravelaw.com | michael@einterlzaw.com |
| | *Counsel for Objector Sean J. Griffith* |

### CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2016 a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Anthony A. Rickey was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

*/s/ Michael L. Einterz*

Michael L. Einterz (11717-49)
Michael L. Einterz, Jr. (27824-49)
EINTERZ & EINTERZ
4600 NW Plaza W. Drive
Zionsville, IN 46077
Telephone:  (317) 337-2021
Fax: (317) 337-2022
Email: mike@einterzlaw.com
michael@einterzlaw.com