UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAXINE PHILLIPS, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) REMY INTERNATIONAL, INC., ) JOHN J. PITTAS, ) DOUGLAS K. AMMERMAN, ) KARL G. GLASSMAN, ) LAWRENCE F. HAGENBUCH, ) CHARLES G. McCLURE, ) ARIK W. RUCHIM, ) GEORGE P. SCANLON, ) J. NORMAN STOUT, and ) JOHN H. WEBER, ) ) Defendants. ) | Cause No. 1:15-cv-01343-TWP-TAB |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY MARC L. ACKERMAN**

William N. Riley of the law firm Riley Williams & Piatt, LLC, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Marc L. Ackerman of Brodsky & Smith, LLC, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Maxine Phillips, individually and on behalf of all others similarly situated in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Marc L. Ackerman, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2.      Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Marc L. Ackerman leave to appear *pro hac vice* for purposes of this cause only.

Dated:   October 28, 2016

                                                Respectfully submitted,

                                                /s/ William N. Riley
                                                William N. Riley, Atty. No. 14941-49
                                                RILEY WILLIAMS & PIATT, LLC
                                                301 Massachusetts Avenue
                                                Indianapolis, IN  46204
                                                Telephone:   (317) 633-5270
                                                Facsimile:    (317) 426-3348
                                                wriley@rwp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Marc L. Ackerman was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

                                                /s/ William N. Riley
                                                William N. Riley

RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone:   (317) 633-5270
Facsimile:    (317) 426-3348