# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON GARCIA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>REMY INTERNATIONAL, INC., JOHN J. PITTAS, DOUGLAS K. AMMERMAN, KARL G. GLASSMAN, LAWRENCE F. HAGENBUCH, CHARLES G. MCCLURE, ARIK W. RUCHIM, GEORGE P. SCANLON, J. NORMAN STOUT, JOHN H. WEBER,<br><br>　　　　　Defendants. | Civil No. 1:15-cv-01385-TWP-TAB |
| MAXINE PHILLIPS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>REMY INTERNATIONAL, INC., JOHN J. PITTAS, DOUGLAS K. AMMERMAN, KARL G. GLASSMAN, LAWRENCE F. HAGENBUCH, CHARLES G. MCCLURE, ARIK W. RUCHIM, GEORGE P. SCANLON, J. NORMAN STOUT, JOHN H. WEBER,<br><br>　　　　　Defendants. | Civil No. 1:15-cv-01343-TWP-TAB |

ADDITIONAL CAPTION TO FOLLOW

| | |
|---|---|
| STEPHEN BUSHANSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>REMY INTERNATIONAL, INC., JOHN J. PITTAS, DOUGLAS K. AMMERMAN, KARL G. GLASSMAN, LAWRENCE F. HAGENBUCH, CHARLES G. MCCLURE, ARIK W. RUCHIM, GEORGE P. SCANLON, J. NORMAN STOUT, JOHN H. WEBER,<br><br>          Defendants. | Civil No. 1:15-cv-01361-TWP-TAB |

## OBJECTOR SEAN J. GRIFFITH'S
## MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

Objector Sean J. Griffith, by and through his undersigned counsel, hereby moves this Court for an award of attorneys' fees of $143,737.22 and expenses of $1,262.78. The grounds for this motion are set forth in the accompanying memorandum of law, the supporting affidavits, and such additional argument as may be required by the Court. Objector respectfully asks the Court to enter an order substantially in the proposed form filed concurrently herewith.

| | |
|---|---|
| DATED:    September 15, 2017 | Respectfully submitted,<br><br>*/s/ Michael L. Einterz* |
| OF COUNSEL:<br><br>**MARGRAVE LAW LLC**<br>Anthony A. Rickey<br>8 West Laurel Street, Suite 2<br>Georgetown, Delaware  19947<br>Telephone:  (302) 604-5190<br>Fax:  (302) 258-0995<br>Email: arickey@margravelaw.com | Michael L. Einterz (11717-49)<br>Michael L. Einterz, Jr. (27824-49)<br>EINTERZ & EINTERZ<br>4600 NW Plaza W. Drive<br>Zionsville, IN 46077<br>Telephone:  (317) 337-2021<br>Fax: (317) 337-2022<br>Email: mike@einterzlaw.com<br>          michael@einterlzaw.com<br><br>*Counsel for Objector Sean J. Griffith* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2017 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Michael L. Einterz*

Michael L. Einterz (11717-49)
Michael L. Einterz, Jr. (27824-49)
EINTERZ & EINTERZ
4600 NW Plaza W. Drive
Zionsville, IN 46077
Telephone: (317) 337-2021
Fax: (317) 337-2022
Email: mike@einterzlaw.com
michael@einterzlaw.com