UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MAXINE PHILLIPS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:15-cv-1343-TWP-TAB |
| REMY INTERNATIONAL, INC., et al, | ) ) ) | |
| Defendants. | ) ) | |
| STEPHEN BUSHANSKY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:15-cv-1361-TWP-TAB |
| REMY INTERNATIONAL, INC., et al, | ) ) ) | |
| Defendants. | ) ) | |
| JASON GARCIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:15-cv-1385-TWP-TAB |
| REMY INTERNATIONAL, INC., et al, | ) ) ) | |
| Defendants. | ) ) | |
| Sean Griffith (Objector), | ) ) ) | |
| Interested Party. | ) | |

**ORDER ON JOINT MOTION FOR SETTLEMENT CONFERENCE**

This matter is before the Court on Defendants' and Objector's joint motion for a settlement conference as to Objector's fee petition. That motion is granted and the Court sets the following proceedings.

This cause is set for a **telephonic status conference at 11 a.m. on November 13, 2017,** with only counsel for the Objector appearing. Objector's counsel shall call the Court at 317-229-3660. The purpose of this conference is to address Objector's motion for attorney fees.

Furthermore, this cause is set for a **telephonic status conference at 11 a.m. on November 20, 2017,** with only counsel for the Defendants appearing. Defense counsel shall call the Court at 317-229-3660. The purpose of this conference is to address Objector's motion for attorney fees.

In the event this issue is not resolved prior to December 18, 2017, this matter is set for a **settlement conference at 9 a.m. on December 18, 2017, in Room 234,** United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Tim A. Baker. **This settlement conference will include only Defendants and Objector Sean Griffith and their counsel. Plaintiffs and their counsel need not participate. Unless excused by order of the Court, clients must appear in-person at the settlement conference along with counsel. With respect to corporate, governmental, and other organizational entities, an authorized client representative with authority to negotiate and communicate a settlement must appear in-person at the settlement conference along with their counsel.** Under no circumstances will counsel of record be deemed to be the proper client representative for settlement purposes. Any insurance company that is a party, or is contractually required to defend or indemnify any party, in whole or in part, must also have a fully authorized settlement

representative present at the conference.  **All persons entering the United States Courthouse must have photo identification.**

Client representatives for all parties must have final settlement authority without consulting someone else who is not present.  This means that parties should not need or expect to contact others, who are not present at the conference, to discuss or modify settlement authority.  If such a person exists who would need to be consulted, that party must be present at the settlement conference.  The Court recognizes that for some corporate and governmental entities, and a limited number of other organizational entities with multi-layered approval procedures, additional approvals may be required to formally approve a settlement.  However, parties and their counsel in these limited situations must exercise all possible good faith efforts to ensure that the representative(s) present at the settlement conference provides the maximum feasible authority and the best possible opportunity to resolve the case.  No other persons are permitted to attend the settlement conference without leave of Court.

**Three business days before the scheduled conference, the parties shall submit (not file) to the Magistrate Judge a confidential settlement statement** setting forth a <u>brief</u> statement of: (1) relevant facts, including any key facts that the party believes are admitted or in dispute; (2) damages, including any applicable back pay, mitigation, compensatory and/or punitive damages, or any other special damages; and (3) any pending or anticipated dispositive or other substantive motions.  **The confidential settlement statement should not exceed five, double-spaced pages, and submission of exhibits should be kept to a minimum.**

**No later than fourteen days prior to the settlement conference, Plaintiff(s) shall serve an updated settlement demand on Defendant(s), who shall serve an updated response no later than seven days before the settlement conference.  The parties shall**

**submit (not file) to the Magistrate Judge courtesy copies of their respective demand and response at the time of service.**  Counsel may submit confidential settlement statements and copies of their settlement demand/response to the undersigned via mail, fax (317-229-3664) or email (MJBaker@insd.uscourts.gov).

A request to vacate or continue the settlement conference or otherwise depart from this order shall be done by motion filed with the Court **two weeks** prior to the conference, except in exigent circumstances.  Such motion will be granted only for good cause.  Failure to comply with any of the provisions in this order may result in sanctions.

Date:  11/6/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all counsel of record via CM/ECF.

Distribution:

Marc L. Ackerman
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004

Evan J. Smith
BRODSKY & SMITH, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004

Richard Blaiklock
LEWIS WAGNER, LLP
rblaiklock@lewiswagner.com

Anne N. DePrez
BARNES & THORNBURG LLP
adeprez@btlaw.com

Michael L. Einterz , Jr
EINTERZ & EINTERZ
michael@einterzlaw.com

Michael L. Einterz, Sr.
EINTERZ & EINTERZ
mike@einterzlaw.com

Anne Medlin Lowe
RILEY WILLIAMS & PIATT, LLC
alowe@rwp-law.com

James Piatt
RILEY WILLIAMS & PIATT, LLC
jpiatt@rwp-law.com

Anthony A. Rickey
MARGRAVE LAW LLC
arickey@margravelaw.com

William N. Riley
RILEY WILLIAMS & PIATT, LLC
wriley@rwp-law.com

Charles R. Whybrew
LEWIS WAGNER LLP
cwhybrew@lewiswagner.com