**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| STEPHEN BUSHANSKY, Individually and on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:15-cv-01361-TWP-TAB<br>) |
| REMY INTERNATIONAL, INC., JOHN H. WEBER, JOHN J. PITTAS, DOUGLAS K. AMMERMAN, KARL G. GLASSMAN, LAWRENCE F. HAGENBUCH, CHARLES G. MCCLURE, ARIK W. RUCHIM, GEORGE P. SCANLON, NORMAN STOUT, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |
| ———————————————————<br>MAXINE PHILLIPS, Individually and on behalf of herself and all others similarly situated, | )<br>)<br>)<br>) |
| v. | ) Case No. 1:15-cv-01343-TWP-TAB<br>) |
| REMY INTERNATIONAL, INC., *et al.*, | ) |
| ———————————————————<br>JASON GARCIA, Individually and on behalf of himself and all others similarly situated, | )<br>)<br>) |
| v. | ) Case No. 1:15-cv-01385-TWP-TAB<br>) |
| REMY INTERNATIONAL, INC., *et al.*, | )<br>) |
| ———————————————————<br>SEAN GRIFFITH (Objector), | )<br>)<br>) |
| Interested Party. | ) |

**ORDER APPROVING PARTIES' STIPULATION REGARDING**
**OBJECTOR SEAN J. GRIFFITH'S MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES AND EXPENSES**

This matter is before the Court on a request that the Court approve the parties' stipulation regarding the Objector, Sean J. Griffith's ("Griffith") Award of Attorneys' Fees and Expenses.

On September 15, 2017, Griffith, through counsel, filed a Motion for an Award of Attorneys' Fees and Expenses (Filing No. 64 in Case No. 1:15-cv-01361, Filing No. 58 in Case No. 1:15-cv-0134, and Filing No. 65 in Case No. 1:15-cv-01385) ("the Fee and Expense Motion"). In order to avoid the expense of further litigation, and to fully and finally resolve all claims regarding the Fee and Expense Motion, Defendants have agreed to pay $111,262.78 to Griffith's counsel.

Griffith represents that neither he nor his counsel have received compensation, directly or indirectly, from any other party in this action. Therefore, it is **ORDERED** that:

1. Within ten (10) business days from the date of this Order, Defendants will pay the amount of $111,262.78 to the law firm of Margrave Law LLC; and

2. The payment set forth above resolves all issues raised in the Fee and Expense Motion.

**SO ORDERED.**

Date: 11/20/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Anthony A. Rickey
MARGRAVE LAW LLC
arickey@margravelaw.com

Michael L. Einterz, Jr.
EINTERZ & EINTERZ
michael@einterzlaw.com

Michael L. Einterz, Sr.
EINTERZ & EINTERZ
mike@einterzlaw.com

Marc L. Ackerman
Two Bala Plaza, Suite 602
Bala Cynwyd, Pennsylvania 19004

Anne N. DePrez
BARNES & THORNBURG LLP (Indianapolis)
adeprez@btlaw.com

Michael L. Einterz, Jr.
EINTERZ & EINTERZ
michael@einterzlaw.com

Michael L. Einterz, Sr.
EINTERZ & EINTERZ
mike@einterzlaw.com

Charles R. Whybrew
LEWIS WAGNER LLP
cwhybrew@lewiswagner.com

A. Richard Blaiklock
LEWIS WAGNER, LLP
rblaiklock@lewiswagner.com